# Court of Appeals
# of the State of Georgia

ATLANTA, May 26, 2020

*The Court of Appeals hereby passes the following order*

**A20I0215. UNIVERSITY HEALTH SERVICES, INC. v. PETER CUNNINGHAM, et al.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2016RCCV0535



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, May 26, 2020.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*